ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LYNNE ANNE-BRIGITTE RUSSELL *et. al.* | ) ) | |
| Appellants | ) ) | |
| v. | ) ) | No.: 25-7163 |
| DISTRICT OF COLUMBIA, *et al*. | ) ) | |
| Appellees. | ) ) ) | |

**STATEMENT OF THE ISSUES**

Whether the court below erred in holding the District could consistent with the Second Amendment constitutionally ban the holstered carry of a defensive handgun in a purse, sling bag, fanny pack or similar device, which are common methods of carrying defensive handguns allowed in all 50 states but not in the District.

Whether the district court erred in finding 19th Century concealed carry bans to be distinctly similar analogues to the District's ban on holstered carry of defensive handguns in a purse, sling bag, fanny pack or similar device.

Whether assuming the District has broad police power to regulate the manner of carry of defensive handguns, DCMR § 24-2344.2's prohibition of carrying a defensive handgun holstered in a purse, sling bag, fanny pack or similar device is a

reasonable exercise of its police power given the commonality of such carry method and the fact no other jurisdiction in the nation's history has ever enacted such a prohibition.

Whether DCMR § 24-2344.2, violates to the Second Amendment to the United States Constitution in banning holstered carry of a defensive handgun in a purse, sling bag, fanny pack or similar device.

Date:  November 22, 2025                                   Respectfully submitted,


George L. Lyon, Jr.
BERGSTROM ATTORNEYS
4000 Legato Road, 11th Floor
Fairfax, Virginia 22033
*gll@bergstromattorneys.com*
202-669-0442 (phone)
202-483-9267 (facsimile)


### **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2025, I filed the foregoing Statement of the Issues with the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system, which will cause it to be served on all counsel of record.


/s/ *George L. Lyon, Jr.*
George L. Lyon, Jr.
(DCB 388678)