# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Lynne Anne-Brigitte Russell, et al.,

**v.**  **Case No:** 25-7163

District of Columbia, et al.

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

District of Columbia

Pamela A. Smith, Chief

### Counsel Information

Lead Counsel: Marcella Coburn

Direct Phone: (202) 724-5693  Fax: (___) ___-____  Email: marcella.coburn@dc.gov

2nd Counsel: Ashwin P. Phatak

Direct Phone: (202) 442-9807  Fax: (202) 741-0649  Email: ashwin.phatak@dc.gov

3rd Counsel: Thais-Lyn Trayer

Direct Phone: (202) 788-2076  Fax: (___) ___-____  Email: thais-lyn.trayer@dc.gov

Firm Name: Office of the Attorney General for the District of Columbia

Firm Address: 400 6th Street, NW, Suite 8100, Washington, DC 20001

Firm Phone: (202) 724-5693  Fax: (___) ___-____  Email: marcella.coburn@dc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)