NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-7163

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

LYNNE ANNE-BRIGITTE RUSSELL, *et al.*,
APPELLANTS,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLEES.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLEES THE DISTRICT OF COLUMBIA AND CHIEF PAMELA A. SMITH'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

A. *Parties and amici.*—Plaintiff below and appellants here are Lynne Anne-Brigitte Russell, Charles John De Caro, Leanne Christine Reilly, Eric N. Christian, Jr., and Timothy R. Beck. Defendants below and appellees here are the District of Columbia and Chief of the Metropolitan Police Department (MPD) Pamela A. Smith. MPD Commander James M. Boteler, MPD Officer Wilson, and MPD Officers John and Jane Does 1-12 were also named as defendants in plaintiffs' original complaint but were not named as defendants in the amended or second

amended complaint and are not parties on this appeal. There were no amici curiae in the district court and no amici to date have appeared in this Court.

  B. *Rulings under review.*—The ruling of the district court (Bates, J.) under review is the Memorandum Opinion and Order dated September 24, 2025 (ECF Nos. 46 & 47) denying plaintiffs' partial motion for summary judgment, granting defendants' motion for summary judgment, and denying defendants' motion to strike evidence as moot. This opinion is unreported but available on Westlaw at 2025 WL 2719342.

  C. *Related cases.*—This case has not previously been before this Court or any other court. Counsel is not aware of any other related cases within the meaning of Circuit Rule 28(a)(1)(C).

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

THAIS-LYN TRAYER
Deputy Solicitor General

/s/ Marcella Coburn
MARCELLA COBURN
Assistant Attorney General
Bar Number 1616416
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-5693
marcella.coburn@dc.gov

November 2025