No. 25-7163

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

LYNNE ANNE-BRIGITTE RUSSELL, *et al.*,
APPELLANTS,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLEES.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLEES' CONSENT MOTION FOR AN EXTENSION OF THE BRIEFING SCHEDULE**

The brief of appellees District of Columbia and interim Chief of Police Jeffery W. Carroll is currently due on March 19, 2026. Appellees request a two-week extension of time, until April 2, within which to file their brief. Appellants consent to this relief and request a corresponding three-week extension of the deadline for their reply brief to accommodate counsel's scheduled travel, which would reset the remaining briefing schedule as follows:

    Appellees' brief               April 2, 2026

    Appellants' reply brief        April 30, 2026

There is good cause for the requested extension. The Office of the Solicitor General continues to have a heavy workload, and the undersigned is engaged in several internal matters. Moreover, the undersigned supervisor is presently engaged in the press of other matters before the D.C. Court of Appeals, including *Client Earth v. Wash. Gas Light Co.*, No. 23-CV-826 (amicus brief filed Feb. 26); *Wilson v. D.C. Dep't of Hum. Servs.*, No. 25-AA-495 (brief due March 4); *Carmichael v. D.C. Dep't of Emp. Servs.*, No. 25-AA-345 (brief due March 9); and *C.M. v. United States*, Nos. 24-CO-618, -619 (brief due Mar 11). Additional time is therefore necessary for the completion of the brief.

Accordingly, this Court should extend the briefing schedule as described above.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

THAIS-LYN TRAYER
Deputy Solicitor General

<u>/s/ Marcella Coburn</u>
MARCELLA COBURN
Assistant Attorney General
Bar Number 1616416
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-5693
February 2026                 marcella.coburn@dc.gov

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the motion contains 204 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Marcella Coburn
MARCELLA COBURN