# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7163**                                    **September Term, 2025**

**1:24-cv-01820-JDB**

**Filed On: March 11, 2026** [2163157]

Lynne Anne-Brigitte Russell, et al.,

      Appellants

    v.

District of Columbia and Pamela A. Smith,
Chief,

      Appellees

## O R D E R

Upon consideration of appellees' consent motion for a second extension of the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | April 23, 2026 |
| Appellants' Reply Brief | May 28, 2026 |

                       **FOR THE COURT:**
                       Clifton B. Cislak, Clerk

BY:   /s/
        Michael C. McGrail
        Deputy Clerk